B 4 (Official Form 4) (12/07)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:  ) Case No ..................................
        ) Chapter 11
CERVANTES ORCHARDS & VINEYARDS, )
LLC, )
        )
        Debtor. )
        )

## LIST OF CREDITORS HOLDING
## 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R.Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| D&K Properties<br>Ochoa Foods<br>910 W Main Street #248<br>Boise ID 83702 | D&K Properties<br>Ochoa Foods<br>910 W Main Street #248<br>Boise ID 83702<br>1-208-343-6827 | Warehouse Services | Disputed | $249,156.10 |
| Roza Irrigation District<br>PO Box 810<br>Sunnyside WA 98944 | Roza Irrigation District<br>PO Box 810<br>Sunnyside WA 98944<br>1-509-837-8541 | Water Services | | $129,632.73 |
| Snokist Growers<br>PO Box 1587<br>Yakima WA 98907 | Snokist Growers<br>PO Box 1587<br>Yakima WA 98907 | Supplies | | $89,829.00 |
| HR Spinner Corp<br>PO Box 1361<br>Yakima WA 98907 | HR Spinner Corp<br>PO Box 1361<br>Yakima WA 98907<br>1-509-453-9111 | Supplies | Disputed | $76,507.42 |

LIST OF CREDITORS HOLDING
20 LARGEST UNSECURED CLAIMS - 1

B 4 (Official Form 4) (12/07)

| Creditor | Contact | Nature of Claim | Amount |
|---|---|---|---|
| Rain & Hail Insurance<br>PO Box 10496<br>Des Moines IA 50306 | Rain & Hail Insurance<br>PO Box 10496<br>Des Moines IA 50306 | Crop Insurance | $40,000.00 |
| Benton REA<br>PO Box 1150<br>Prosser WA 99350 | Benton REA<br>PO Box 1150<br>Prosser WA 99350<br>1-509-786-2913 | Electric Services | $37,723.99 |
| Sunnyside Valley Irrigation<br>PO Box 239<br>Sunnyside WA 98944 | Sunnyside Valley Irrigation<br>PO Box 239<br>Sunnyside WA 98944<br>1-509-837-6980 | Water Services | $27,223.71 |
| Pacific Power<br>1033 NE 6th Avenue<br>Portland OR 97256-0001 | Pacific Power<br>1033 NE 6th Avenue<br>Portland OR 97256-0001<br>1-866-870-3419 | Electric Services | $21,251.92 |
| Andrus & Roberts<br>PO Box 915<br>Sunnyside WA 98944 | Andrus & Roberts<br>PO Box 915<br>Sunnyside WA 98944 | Warehouse Services | $20,354.88 |
| ADB Bank<br>PO Box 1750<br>Cedar City UT 84721 | ADB Bank<br>PO Box 1750<br>Cedar City UT 84721 | Insurance | $17,649.42 |
| Breshears Bees<br>3740 Ashue Road<br>Wapato WA 98951 | Breshears Bees<br>3740 Ashue Road<br>Wapato WA 98951 | Supplies | $17,400.00 |
| Famous Software Inc<br>8080 N Palm Avenue #210<br>Fresno CA 93720 | Famous Software Inc<br>8080 N Palm Avenue #210<br>Fresno CA 93720<br>1-559-431-8100<br>Acct No.: 4260 | Supplies | $16,713.05 |
| Central WA Refrigeration<br>PO Box 9159<br>Yakima WA 98909 | Central WA Refrigeration<br>PO Box 9159<br>Yakima WA 98909<br>1-509-248-4600 | Supplies<br>Repairs | $13,000.00 |
| Department of Agriculture<br>PO Box 42591<br>Olympia WA 98504-2591 | Department of Agriculture<br>PO Box 42591<br>Olympia WA 98504-2591<br>Acct No.: CERV2242 | Licensing<br>Inspection Services | $12,157.11 |
| Amerigas<br>1826 E Edison Street<br>Sunnyside WA 98944 | Amerigas<br>1826 E Edison Street<br>Sunnyside WA 98944<br>1-509-837-5414<br>Acct No.: 0915025023 | Gas Services | $10,620.70 |

LIST OF CREDITORS HOLDING
20 LARGEST UNSECURED CLAIMS - 2

B 4 (Official Form 4) (12/07)

| | | | |
|---|---|---|---|
| Grandview Lumber<br>PO Box 605<br>Grandview WA  98930 | Grandview Lumber<br>PO Box 605<br>Grandview WA  98930<br>1-509-882-2298<br>Acct No.: 4260 | Supplies | $9,329.09 |
| Lower Valley Machine Shop<br>PO Box 516<br>Grandview WA  98930 | Lower Valley Machine Shop<br>PO Box 516<br>Grandview WA  98930<br>1-509-882-3881 | Repairs | $7,490.38 |
| Don Wilton Surveying<br>PO Box 2275<br>Yakima WA  98907 | Don Wilton Surveying<br>PO Box 2275<br>Yakima WA  98907<br>1-509-454-8195<br>Acct No.: 08012 | Surveying Services | $7,209.13 |
| Apple Valley Fuel<br>920 N 6th Avenue<br>Yakima WA  98902 | Apple Valley Fuel<br>920 N 6th Avenue<br>Yakima WA  98902<br>1-509-248-0760<br>Acct No.: 1CER01 | Fuel Services | $6,788.27 |
| Packing House Services Inc<br>PO Box 399<br>Yakima WA  98907 | Packing House Services Inc<br>PO Box 399<br>Yakima WA  98907 | Packing Services | $5,525.02 |

B 4 (Official Form 4) (12/07)

**Declaration Under Penalty of Perjury
on Behalf of a Corporation or Partnership**

I, JOSE G. CERVANTES, Member of the LLC named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: 2-10-10

CERVANTES ORCHARDS & VINEYARDS, LLC, Debtor
By: JOSE G. CERVANTES, Member

LIST OF CREDITORS HOLDING
20 LARGEST UNSECURED CLAIMS - 4